IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-807 |
| | § § § | |
| CHRISTOPHER MARK KING | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 41). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 24, 2011 |
| Responses are to be filed by: | July 15, 2011 |
| Pretrial conference is reset to**:** | **August 12, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 15, 2011, at 9:00 a.m.** |

SIGNED on May 2, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge