IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-807 |
| | § | |
| CHRISTOPHER MARK KING | § | |

**O R D E R**

The court held a conference on September 26, 2011. The government and the defendant agreed that additional time was needed and orally moved for a continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Daubert Hearing to be held: | **November 15, 2011, at 10:00 a.m.** |
| Interim Pretrial Conference is set for: | **November 28, 2011, at 10:00 a.m.** |
| Final Pretrial conference is reset to**:** | **December 5, 2011, at 3:00 p.m.** |
| Jury Selection/Trial is reset to: | **December 12, 2011, at 9:00 a.m.** |

SIGNED on September 27, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge